IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY MICHELLE KING,
         Petitioner,

v.                                     **Judgment in a Civil Case**

BRAD PERRITT,
         Respondent.                 Case Number: 5:13-HC-2267-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as time-barred.

This Judgment Filed and Entered on April 30, 2014, with service on:
Anthony Michelle King  0225918, Lumberton Correctional Institution, P.O. Box 1649, Lumberton, NC  28359 (via U.S. Mail)

April 30, 2014                                               /s/ Julie A. Richards
                                                                          Clerk

Raleigh, North Carolina